In the Matter of the Petition of GONDOLFO INTROVARTOLO for an Order Directing a Rehearing and Review of Proceedings Already Had, in and by Which JOSEPH RUSSO ALESI Was Adjudged a Mental Defective Pursuant to the Mental Hygiene Law, After Being Indicted under Indictment No. 56591, in the Case of The People of the State of New York v. Joseph Russo Alesi. GONDOLFO INTROVARTOLO, Respondent; THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order, as resettled, denying motion to strike proceeding from Trial Term calendar, affirmed. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

In the Matter of the Petition of HOMER G. MARTIN to Prove the Last Will and Testament of JULIETTA MARTIN, Deceased. DELMER D. MARTIN, Appellant; HOMER G. MARTIN, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs, payable by the contestant personally. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of ANNIE RIEGELHAUPT, Respondent, for an Order Nullifying the Acts of the BOARDS OF DIRECTORS OF THE OCEANSIDE THEATRES, INC., and THE CINEMA REALTY CORPORATION, Appellants, Pursuant to the Provisions of Section 32 of the General Corporation Law of the State of New York. — Order setting aside election of treasurer of appellants affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.